BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for ANDRES OLAZABAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES OLAZABAL,<br><br>Defendant | No. CR 3-05-70964 EMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR RELEASE FROM**<br>**CUSTODY**<br><br>Hearing: December 12, 2005<br>Time: 9:30 a.m.<br><br>Magistrate Judge Bernard Zimmerman |

The undersigned parties stipulate and jointly request as follows:

1. On December 2, 2005, this Court ordered Mr. Olazabal released on a $100,000 bond secured by property with an equity value of at least $100,000. This Court prepared the bond paperwork, but did not sign said paperwork;

2. On December 2, 2005, this Court instructed defense counsel to return the proof of posting the property to the Court, and to present all the requisite posting paperwork to the Assistant United States Attorney for review that the equity amount had been satisfactorily proved. After defense counsel completed these steps, this Court indicated that it would release Mr. Olazabal;

3. On December 12, 2005, AFPD Elizabeth Falk provided the requisite paperwork to AUSA Christopher Steskal, showing that the property the defendant offered for posting has an equity amount of over $200,000, and he stipulates that he is satisfied that the property posted contains an equity value of at least $100,000 through review of an appraisal and a mortgage balance statement dated October 1, 2005;

4. On December 12, 2005 Ms. Helen Guidino, common-law wife of Mr. Olazabal, posted the property at 5601 Hammett Road, in Modesto, California 95358, and had recorded a Short Form Deed of Trust and Obligation to the U.S. District Clerk of Court for the Northern District of California in the amount of $100,000. The original receipt of said posting from the County Recorder's Office is attached, as is a copy of the Short Form Deed of Trust and Obligation;

5. On December 12, 2005, Mr. Olazabal's United States passport was posted with the clerk of the court. A copy of said posting is also attached;

6. Due to the aforementioned, defense counsel requests that this Court sign the bond paperwork it prepared and order Mr. Olazabal released today, December 12, 2005.

IT IS SO STIPULATED

DATED: 12-13-05

CHRISTOPHER STESKAL
ASSISTANT UNITED STATES ATTORNEY

DATED: 12-12-05

ELIZABETH FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

**IT IS SO ORDERED**

DATED: 13 Dec 05

THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

ORDER FOR RELEASE
No. CR 3-05-70964 EMC

2

```
REC'T # 0001966887
December 12, 2005  ----  15:03:37

Stanislaus, County Recorder
Lee Lundrigan Co Recorder Office

Document #05-0225606-00

REQD BY
  Recording Fee          $8.00
  Modernization Fee      $8.00
  Micrograph Fee         $2.00
  Courts Fee             $2.00
  Real Estate Fraud      $2.00
  Non Standard Fee       $9.00
                        -------
Total fee ........      $31.00
Amount Tendered...      $41.00
                        -------
Change ............     $10.00
ELM,R2/3
```

WHEN RECORDED MAIL TO:

Richard W. Wieking, Clerk of the US District
Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS SECURING A PERSONAL SURETY BOND TO THE UNITED STATES DISTRICT COURT

THIS DEED OF TRUST, made this __12th__ day of __December 2005__, between __Andres Olazabal and Hilda Gudino__, herein called TRUSTOR,

whose address is __5601 Hammett Road, Modesto, CA 95358__
(number and street) (city) (state)

Richard W. Wieking, Clerk, United States District Court for the Northern District of California, herein called TRUSTEE, and Richard W. Wieking, Clerk, United States District Court for the Northern District of California, herein called BENEFICIARY,

Witnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in __Stanislaus__ County, California, described as:

Parcel "A" as per map thereof recorded December 28, 2973 in Book 18 of Parcel Maps, Page 36, Stanislaus County Records.

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference, or contained herein under the bond(s) posted on behalf of defendant(s) __Andres Olazabal__ in

Case # __05-70964-MAG__ which includes an obligation by said trustor(s) surety(ies) in the amount of $ __100,000__.

TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES: By the execution and delivery of this Deed of Trust and the note or the Personal Surety Bond secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Napa County, July 10, 1978, and in all other Counties, July 7, 1978, in the book and at the page of Official Records in the office of the County Recorder of the County where said property is located, noted below opposite the name of such County, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | RE547 | IM 148 | Kings | 1122 | 516 | Placer | 1996 | 591 | Sierra | 78 | 652 |
| Alpine | 7 | 374-376 | Lake | 942 | 153 | Plumas | 291 | 119 | Siskiyou | 824 | 414 |
| Amador | 30 | 343 | Lassen | 334 | 458 | Riverside | 1978 | 140181 | Solano | 1978 | 55321 |
| Butte | 333 | 464 | Los Angeles | 78- | -- | Sacramento | 78-07-07 | 1144 | Sonoma | 3421 | 802 |
| Calaveras | 2301 | 244 | Madera | 738583 | 233 | San Benito | 432 | 18 | Stanislaus | 3074 | 385 |
| Colusa | 475 | 325 | Marin | 1406 | 76 | San Bernardino | 9469 | 1383 | Sutter | 929 | 678 |
| Contra Costa | 461 | 326 | Mariposa | 3400 | 364 | San Diego | 1978 | 78- | Tehama | 755 | 108 |
| Del Norte | 8914 | 441 | Mendocino | 185 | 523 | San Francisco | C601 | 285214 | Trinity | 192 | 632 |
| El Dorado | 219 | 92 | Merced | 1167 | 629 | San Joaquin | 4420 | 709 | Tulare | 3549 | 778 |
| Fresno | 1649 | 711 | Modoc | 2130 | 590 | San Luis Obispo | 2084 | 184 | Tuolumne | 539 | 129 |
| Glenn | 7069 | 343 | Mono | 255 | 573 | San Mateo | 7769 | 280 | Ventura | 5158 | 219 |
| Humboldt | 631 | 553 | Monterey | 246 | 744 | Santa Barbara | 78- | 2337 | Yolo | 1316 | 148 |
| Imperial | 1500 | 1241 | Napa | 1257 | 368 | Santa Clara | 30910 | -- | Yuba | 671 | 393 |
| Inyo | 1418 | 93 | Nevada | 1088 | 297 | Santa Cruz | D797 | 194 | | | |
| Kern | 232 | 521 | Orange | 963 | 728 | Shasta | 2933 | 275 | | | |
| | 5123 | | | 12749 | | | 1536 | 350 | | | |

(which provisions, identical in all counties, are printed on the reverse hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in the Deed of Trust. The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

## OBLIGATION

We, the undersigned, represent (1) that we are the owners of the property pledged in the attached Deed of Trust; (2) the consideration for which said Deed of Trust is pledged as security in the release of defendant Andres Olazabal on bail, ordered in the amount of $ 100,000. in United States v. Andres Olzabal, Case No. 05-70964-MAG, U.S. District Court, Northern District of California; (3) in the event bail is eventually exonerated in said matter, said beneficiary of the Deed of Trust is authorized and requested to execute and acknowledge the Substitution of Trustee and Reconveyance document also attached hereto; (4) in the event bail is eventually forfeited for failure to comply with the terms of the bail order, said beneficiary is authorized to request the trustee under the Deed of Trust to proceed with foreclosure under the terms of the Deed of Trust and to submit this document together with the order forfeiting bail and the Deed of Trust as conclusive evidence of default.

Dated:  12/12/05  *Andres Olazabal*

Dated: 12-12-05  *Hilda Huden*

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __San Francisco__ } ss.

On __December 12, 2005__ before me, __Andrea T. Howard, Notary Public__,
<br>      Date                                             Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __Andres Olazabal and Hilda Gudino__,
<br>                                              Name(s) of Signer(s)

☐ personally known to me
<br>☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: ANDREA T. HOWARD, Commission # 1426693, Notary Public - California, San Francisco County, My Comm. Expires Jul 19, 2007]

_____
<br>Signature of Notary Public

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: __Short Form Deed of Trust and Assignment of Rents Securing a Personal Surety Bond to the United States District Court__

Document Date: __December 12, 2005__      Number of Pages: __2 (Obligation)__

Signer(s) Other Than Named Above: __No other signer(s)__

### Capacity(ies) Claimed by Signer

Signer's Name: __Andres Olazabal and Hilda Gudino__

☒ Individual
<br>☐ Corporate Officer — Title(s): _____
<br>☐ Partner — ☐ Limited ☐ General
<br>☐ Attorney-in-Fact
<br>☐ Trustee
<br>☐ Guardian or Conservator
<br>☐ Other: _____

Signer Is Representing: __Andres Olazabal and Hilda Gudino__

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

```
          RECEIPT FOR PAYMENT
      UNITED STATES DISTRICT COURT
               for the

          NORTHERN DISTRICT OF
               CALIFORNIA

                      SAN FRANCISCO, CA

                              3379312
------------------------------------------
RECEIVED FROM:
OLZABAL, ANDRES
54 E 38TH AVENUE
SAN MATEO, CA
------------------------------------------


Case Number:
3:05-70964-EMC

F/U/B/O:

Party ID:

Tender Type:           PROPERTY
06-000000                 $0.00

Non-cash Collateral

Remarks:united states of america
        passport no. 055641220


------------------------------------------
   Subtotal:              $0.00
------------------------------------------

Receipt Total:            $0.00
==========================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

   Date:    12/12/05
   Clerk:
                    AS
```

